# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                          Case No. 8:24-cr-379-KKM-AAS

BENJAMIN BOLTON

## CLERK'S MINUTES
Proceeding: Initial Appearance – VOSR and Detention Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: September 13, 2024 |
| Deputy Clerk: Ashley Sanders | Time: 12:04 p.m. |
| USPO: Brian Gabriesheski | Recess: 12:46 p.m. |
| Court Reporter: Digital | Total Time: 42 min |
| Interpreter: none | |

---

Counsel for USA: Jackson Boggs, AUSA
Counsel for Defendant: Sam Landes, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defenders Office.

Court advises of charges contained in petition. Defendant understands.

12:08 p.m. – 12:28 p.m. - Recess

Defendant waives preliminary hearing.

BOND:      <u>Government:</u> moves for detention.

              <u>Defendant:</u>   moves for release. Defendant obtained employment, struggles with mental health, resides with his mother.

Court hears from probation officer Brian Gabriesheski.

Court orders defendant detained pending final hearing.

Oral due process order pronounced.