# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.

Benjamin Bolton
*Defendant*

Case No. 8:24-cr-379-KKM-AAS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Benjamin Bolton,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: AUG 29 2024

City and state: TAMPA, FLORIDA

*Issuing officer's signature*

Alejandro Castillo
Clerk, U.S District Court
*Printed name and title*

SEP 16 2024 PM 3:13
FILED - USDC - FLMD - TPA

### Return

This warrant was received on *(date)* 8-29-2024, and the person was arrested on *(date)* 9-11-2024
at *(city and state)* Largo, Florida.

Date: 9-12-2024

*Arresting officer's signature*

Daniel Hart   DUSM
*Printed name and title*