UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-379-KKM-AAS

BENJAMIN BOLTON

### NOTICE OF CORPORATE VICTIMS

The United States government is unaware of any corporate victims or other corporate interested parties in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ E. Jackson Boggs Jr.
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No. 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: Jackson.Boggs@usdoj.gov

U.S. v. Benjamin Bolton               Case No. 8:24-cr-379-KKM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

/s/ E. Jackson Boggs Jr.
E. Jackson Boggs Jr.
Assistant United States Attorney
USA No. 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
Email: Jackson.Boggs@usdoj.gov