Benjamin Bolton
8:24-cr-379-KKM-AAS

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| UNITED STATES OF AMERICA | Case Number: 8:24-cr-379-KKM-AAS |
|---|---|
| v. | USM Number: 41364-013 |
| BENJAMIN BOLTON | Laura Hastay, AFPD |

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The Court finds the Defendant guilty as to violation charge number Two of the term of Supervised Release. Accordingly, the Court has adjudicated that the defendant is guilty of this violation charge number:

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Two | Failure to participate in Mental Health Counseling in violation of the Special Condition (Grade C Violation) | August 22, 2024 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Number One is dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Sentence: November 25, 2024

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: JuliaBardak

KATHRYN KIMBALL MIZELLE
UNITED STATES DISTRICT JUDGE

November 25, 2024

**Benjamin Bolton**
**8:24-cr-379-KKM-AAS**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR (24) MONTHS**.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

Defendant delivered on  1/31/2025
to FIC Jesup, GA for service of federal sentence.

_____
for Warden, FCI Jesup

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal